# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br>Plaintiff,<br>v.<br><br>HUNG VAN TRAN, in individual and representative capacity as trustee of the Tran Family Trust Dated July 2, 2011; THUY NGUYEN, in individual and representative capacity as trustee of the Tran Family Trust Dated July 2, 2011; 5 STAR AUTO SALES & BODY SHOP INC., a California Corporation; and Does 1-10,<br>Defendants. | Case: 2:17-CV-00373-MCE-CKD<br><br>**ORDER** |

## **ORDER**

Pursuant to the stipulation of the parties and under Fed. R. Civ. Pro. 41(a)(1) (A) (ii), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1